| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>DENISE ABBOTT-JOHNSON<br>1 Chalford Lane<br>Willingboro, NJ 08046<br>201-406-0537<br>denise@pcsfieldservices.com |
| In Re:<br><br>DENISE L. ABBOTT-JOHNSON aka DENISE ABBOTT<br><br>    Debtor, |

Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-25397(KCF)

Chapter: 13

Hearing: June 12, 2019 at 9:00am

Judge: Kathryn C. Ferguson, C.U.S.B.J.

## ORDER REMOVING WILLIAM OLIVER AS ATTORNEY AND GRANTING DEBTOR PERMISSION TO PROCEED PRO-SE

The relief set forth on the following page is **ORDERED.**

**DATED: June 18, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a **MOTION TO PROCEED PRO-SE**

and it is hereby

**ORDERED** that:

1. The Debtor be granted permission to Proceed Pro-Se.

2. Mr. Oliver refunds the 1500.00 payment made to him by the Debtor within 5 business days.

3. Any costs the Debtor has incurred by association with William H. Oliver, Jr. & Associates (administrative or otherwise) be deemed void, discharged with a balance due of 0.00; except for

4. Mr. Oliver's fee of 395.00 for 1 hour of Court time on January 28, 2019 for substitution of attorney (while he was already in court for other clients).

5. Mr. Oliver's 1hour fee be deducted from the 1500.00 already paid to him.

6. That the Clerk give notice of this order to entities designated by the court.