**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

DENISE L. ABBOTT-JOHNSON
1 Chalford Lane
Willingboro, NJ 08046
*Debtor pro-se*

**Order Filed on June 18, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

DENISE L. ABBOTT-JOHNSON

      Debtor,

Case No. 18-25397(KCF)

Hearing: June 12, 2019 at 9:00am

Judge: Kathryn C. Ferguson, C.U.S.B.J.

Chapter: 13

**ORDER GRANTING PERMISSION AMEND CHAPTER 13 PETITION**
**PURSUANT TO RULE 1009(a)**

The relief set forth on the following page is **ORDERED.**

**DATED: June 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Amend Debtor's Petition and it is hereby

**ORDERED** that:

1. The Debtor's Petition is amended to reflect the correct Business Entity Status in Part three.

2. That PCS Field Services, LLC be removed from any and all public information sites, documents, or any other place entered by the Bankruptcy court including but not limited to Pacer/CM ECF where it can be misconstrued to indicate that PCS Field Services, LLC filed for a Chapter 13 upon pubic records searches.

2. That the Clerk give notice of the Amendment to entities designated by the court.