**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

DENISE ABBOTT-JOHNSON
1 Chalford Lane
Willingboro, NJ 08046
201-406-0537
denise@pcsfieldservices.com

In Re:

DENISE L. ABBOTT-JOHNSON aka DENISE ABBOTT

    Debtor,

**Order Filed on June 18, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No. 18-25397(KCF)

Chapter: 13

Hearing: June 12, 2019 at 9:00am

Judge: Kathryn C. Ferguson, C.U.S.B.J.

## ORDER REMOVING WILLIAM OLIVER AS ATTORNEY AND GRANTING DEBTOR PERMISSION TO PROCEED PRO-SE

The relief set forth on the following page is **ORDERED.**

**DATED: June 18, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a **MOTION TO PROCEED PRO-SE**

and it is hereby

**ORDERED** that:

1. The Debtor be granted permission to Proceed Pro-Se.

2. Mr. Oliver refunds the 1500.00 payment made to him by the Debtor within 5 business days.

3. Any costs the Debtor has incurred by association with William H. Oliver, Jr. & Associates (administrative or otherwise) be deemed void, discharged with a balance due of 0.00; except for

4. Mr. Oliver's fee of 395.00 for 1 hour of Court time on January 28, 2019 for substitution of attorney (while he was already in court for other clients).

5. Mr. Oliver's 1hour fee be deducted from the 1500.00 already paid to him.

6. That the Clerk give notice of this order to entities designated by the court.

United States Bankruptcy Court
District of New Jersey

In re:                                          Case No. 18-25397-KCF
Denise L. Abbott-Johnson                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 18, 2019
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db        Denise L. Abbott-Johnson,    1 Chalford Ln,    Willingboro, NJ  08046-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Elizabeth K. Holdren    on behalf of Creditor    Bank of America, N.A., through Carrington Mortgage
               Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Creditor    Law Offices of David Paul Daniels, LLC
               daviddanielslaw@gmail.com,  G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Denise L. Abbott-Johnson bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 7