| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>DENISE L. ABBOTT-JOHNSON<br>1 Chalford Lane<br>Willingboro, NJ 08046<br>*Debtor pro-se* |   |
|---|---|
| In Re:<br><br>DENISE L. ABBOTT-JOHNSON<br><br>    Debtor, | Case No. 18-25397(KCF)<br><br>Hearing: June 12, 2019 at 9:00am<br><br>Judge: Kathryn C. Ferguson, C.U.S.B.J.<br><br>Chapter: 13 |

Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING PERMISSION AMEND CHAPTER 13 PETITION
### PURSUANT TO RULE 1009(a)

The relief set forth on the following page is **ORDERED**.

**DATED: June 18, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Amend Debtor's Petition and it is hereby

**ORDERED** that:

1. The Debtor's Petition is amended to reflect the correct Business Entity Status in Part three.

2. That PCS Field Services, LLC be removed from any and all public information sites, documents, or any other place entered by the Bankruptcy court including but not limited to Pacer/CM ECF where it can be misconstrued to indicate that PCS Field Services, LLC filed for a Chapter 13 upon pubic records searches.

2. That the Clerk give notice of the Amendment to entities designated by the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Denise L. Abbott-Johnson  
    Debtor

Case No. 18-25397-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 18, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.  
db          Denise L. Abbott-Johnson,    1 Chalford Ln,    Willingboro, NJ 08046-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Elizabeth K. Holdren    on behalf of Creditor    Bank of America, N.A., through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         Tamika Nicole Wyche    on behalf of Creditor    Law Offices of David Paul Daniels, LLC daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Debtor Denise L. Abbott-Johnson bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                                   TOTAL: 7