Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−25397−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise L. Abbott−Johnson
   aka Denise Abbott
   1 Chalford Ln
   Willingboro, NJ 08046−3401

Social Security No.:
   xxx−xx−0670

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/28/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 28, 2019
JAN: ghm

        Jeanne Naughton
        Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                          Case No. 18-25397-KCF
Denise L. Abbott-Johnson                                                        Chapter 13
         Debtor                            CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin               Page 1 of 2             Date Rcvd: Jun 28, 2019
                               Form ID: 148              Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db             Denise L. Abbott-Johnson,    1 Chalford Ln,    Willingboro, NJ 08046-3401
cr            +Law Offices of David Paul Daniels, LLC,    3300 Federal Street,    Camden, NJ 08105-2622
517808710     +Bank of America,    Carrington Mortgage Services LLC,    1600 South Douglas Rd,
                Anaheim, CA 92806-5948
517804615     +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    P.O. Box 3730,
                Anaheim, CA 92803-3730
517861162      Corporation Service Company,    801 Adlai Stevenson Drive,    Springfield, IL 62703-4261
517678450      Corporation Service Company,    PO Box 2576,    Springfield, IL 62708-2576
517678452      Delran Emergency Squad,    C/O DM Medical,    PO Box 1016 Box 1016,    Voorhees, NJ 08043-7016
517779744      EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1123,    Minneapolis, MN 55440-1123
517678453      Emerg Phy Assoc of S. Jersey, PC,    PO Box 740021,    Cincinnati, OH 45274-0021
517678455      Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
517678457      Jefferson Health,    PO Box 785992,    Philadelphia, PA 19178-5992
517678459      LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
517678460     +Lourdes Imaging Assoc. PA,    PO Box 9500-2840,    Philadelphia, PA 19195-0001
517678461      Lourdes Medical Center of Burlington,    PO Box 822112,    Philadelphia, PA 19182-2112
517678462      Medicredit, Inc.,    PO Box 1280,    Oaks, PA 19456-1280
517678465      Our Lady of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
517678466      PA Turnpike Toll By Plate,    PO Box 645631,    Pittsburgh, PA 15264-5254
517678467     #Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
517678468      Pennsylvania Turnpike Commission,    300 E Park Dr,    Harrisburg, PA 17111-2729
517678470      State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
517678471      Swift Financial, LLC,    3505 Silverside Rd,    Wilmington, DE 19810-4905
517788782     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517774586      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI, 53708-8973
517678476      US Department of Education,    PO Box 7859,    Madison, WI 53707-7859
517703389     +US Dept of HUD,    451 7th St SW,    Washington, DC 20410-0001
517678478     +Wells Fargo Bank, NA,    POB 2248,    Jacksonville, FL 32203-2248
517678479      Willingboro MUA,    433 John F Kennedy Way,    Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517678445      EDI: AMEREXPR.COM Jun 29 2019 04:48:00     American Express,    PO Box 981537,
                El Paso, TX 79998-1537
517763669      EDI: BECKLEE.COM Jun 29 2019 04:48:00     American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517678446      EDI: CAPITALONE.COM Jun 29 2019 04:48:00     Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
517678447      EDI: CAPITALONE.COM Jun 29 2019 04:48:00     Capital One Bank,    PO Box 30281,
                Salt Lake City, UT 84130-0281
517773132      EDI: CAPITALONE.COM Jun 29 2019 04:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517678448      EDI: CAPITALONE.COM Jun 29 2019 04:48:00     Capital One Bank USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
517678449      E-mail/Text: bzern@celticbank.com Jun 29 2019 01:26:29     Celtic Bank Corporation,
                268 S State St Ste 300,    Salt Lake City, UT 84111-5314
517854329     +E-mail/Text: jduty@nationalfunding.com Jun 29 2019 01:26:28     Corporation Service Company,
                c/o National Funding,    Jennifer Duty, Esquire,    9820 Towne Centre Dr,
                San Diego, CA 92121-1944
517678451     +EDI: CCS.COM Jun 29 2019 04:48:00     Credit Collection Services,    2 Wells Ave,
                Newton, MA 02459-3246
517678454      E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jun 29 2019 01:23:01
                Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
517678456      EDI: IRS.COM Jun 29 2019 04:48:00     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517678458      E-mail/Text: BKRMailOPS@weltman.com Jun 29 2019 01:24:47     Kay Jewelers,    PO Box 740425,
                Cincinnati, OH 45274-0425
517678463     +E-mail/Text: jduty@nationalfunding.com Jun 29 2019 01:26:29     National Funding,
                9820 Towne Centre Dr,    San Diego, CA 92121-1944
517678464      EDI: AGFINANCE.COM Jun 29 2019 04:48:00     One Main Financial,    PO Box 9001122,
                Louisville, KY 40290-1122
517723983     +EDI: AGFINANCE.COM Jun 29 2019 04:48:00     OneMain,    PO Box 3251,    Evansville, IN 47731-3251
517678469      EDI: PRA.COM Jun 29 2019 04:48:00     Portfolio Recovery,    120 Corporate Blvd,
                Norfolk, VA 23502-4962
517678472      EDI: RMSC.COM Jun 29 2019 04:48:00     SYNCB/Care Credit,    PO Box 965036,
                Orlando, FL 32896-5036
517806021     +E-mail/Text: bncmail@w-legal.com Jun 29 2019 01:25:29     SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517678473      EDI: RMSC.COM Jun 29 2019 04:48:00     SYNCHRONY Bank,    PO Box 965004,
                Orlando, FL 32896-5004
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2019
                              Form ID: 148             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517681131        +EDI: RMSC.COM Jun 29 2019 04:48:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
517678474         EDI: RMSC.COM Jun 29 2019 04:48:00     Synchrony Bank/Amazon,   PO Box 965015,
                  Orlando, FL   32896-5015
517678475         EDI: TFSR.COM Jun 29 2019 04:48:00     Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                  Parsippany, NJ   07054-4522
517678477         EDI: RMSC.COM Jun 29 2019 04:48:00     Walmart/Synchrony Bank,   PO Box 965023,
                  Orlando, FL   32896-5023
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517854328*       +Corporation Service Company,    PO Box 2576,   Springfield, IL 62708-2576
517864210*       +National Funding, Inc.,   9820 Towne Centre Drive,   San Diego, CA 92121-1944
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Bank of America, N.A., through Carrington Mortgage
               Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Creditor    Law Offices of David Paul Daniels, LLC
               daviddanielslaw@gmail.com,   G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```